UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case Number 3:24-cr-64-FDW |
| v. | ) |
| | ) **UNDER SEAL** |
| (1) ENHUA FANG, | ) |
| | ) |
| (2) SHU JUN ZHEN, | ) 18 U.S.C. § 1956(h) |
| a/k/a "Yan Feng Chen," | ) 18 U.S.C. § 1956(a)(1)(B)(i) |
| a/k/a "Chunyan Li," | ) 18 U.S.C. § 1957(a) |
| | ) 18 U.S.C. § 2 |
| (3) JIANFEI LU, | ) |
| a/k/a "Xian Le Li," | ) |
| | ) |
| (4) MAOXUAN XIA, | ) |
| a/k/a "Xin Lin," | ) |
| a/k/a "Xiang Lin," | ) |
| a/k/a "Zhiyue Qin," and | ) |
| | ) |
| (5) SHAO NENG LIN, | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO UNSEAL INDICTMENT

NOW COMES the United States of America, by and through Melanie L. Alsworth, Trial Attorney, United States Department of Justice, who moves this Court for an Order unsealing the Indictment and all related Court materials. The Defendants were indicted in this district on March 20, 2024. The Defendants were arrested on April 18, 2024. There is no further cause for the Indictment to remain sealed and the Government requests that the Indictment, and related court materials not subject to privacy restrictions, be unsealed.

This the 18th day of April 2024.

        MARLON COBAR, Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice

By:   *Melanie L. Alsworth*
        MELANIE L. ALSWORTH
        Arkansas Bar Number 2002095
        Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        United States Department of Justice
        145 N. Street NE, 2nd Floor, East Wing
        Washington, D.C. 20530
        Telephone: (202) 598-2285
        E-mail: melanie.alsworth2@usdoj.gov

        DENA J. KING
        UNITED STATES ATTORNEY
        Western District of North Carolina

        *ALFREDO DE LA ROSA*
        ALFREDO DE LA ROSA
        Texas Bar Number 24075486
        Attorney for the United States
        United States Attorney's Office
        227 West Trade Street
        Suite 1650
        Charlotte, NC 28202
        Telephone: (704) 344-6222
        Fax: (704) 344-6629
        E-mail: alfredo.de.la.rosa@usdoj.gov