UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case Number 3:24-cr-64-FDW |
| v. | ) |
| | ) **UNDER SEAL** |
| (1) ENHUA FANG, | ) |
| | ) |
| (2) SHU JUN ZHEN, | ) 18 U.S.C. § 1956(h) |
| a/k/a "Yan Feng Chen," | ) 18 U.S.C. § 1956(a)(1)(B)(i) |
| a/k/a "Chunyan Li," | ) 18 U.S.C. § 1957(a) |
| | ) 18 U.S.C. § 2 |
| (3) JIANFEI LU, | ) |
| a/k/a "Xian Le Li," | ) |
| | ) |
| (4) MAOXUAN XIA, | ) |
| a/k/a "Xin Lin," | ) |
| a/k/a "Xiang Lin," | ) |
| a/k/a "Zhiyue Qin," and | ) |
| | ) |
| (5) SHAO NENG LIN, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER UNSEALING INDICTMENT

UPON MOTION of the United States of America, by and through by and through Melanie L. Alsworth, Trial Attorney, United States Department of Justice, for an Order unsealing the Indictment and all related Court materials not subject to privacy restrictions,

**IT IS HEREBY ORDERED** that the motion to unseal is granted.

This the 18th day of April 2024.

SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE